FILED

06/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0067

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0067

DIANE WENGER,
        Petitioner and Appellant,

        vs.

STATE FARM MUTAL
AUTOMOBILE INSURANCE
COMPANY,
        Respondent and Appellee.

**ORDER TO SUPPLEMENT
RECORD (TRIAL EXHIBITS)**

Based upon Appellant's Unopposed Motion for Order to Supplement Record

(Trial Exhibits), and GOOD CAUSE appearing, it is hereby ordered that

Appellant's counsel shall email Trial Exhibit 8, pages 874 to 877, to Darlene

Gallagher at the Clerk of the Supreme Court, with cc: to Appellee's counsel, and

that the exhibit shall be printed and lodged at the appropriate spot in the binder of

trial exhibits transmitted from the district court.

ORDER TO SUPPLEMENT RECORD

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 25 2020